UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ALFRED TRIPPETT, *on behalf of himself and all others* : 
*similarly situated*, :
:
                                   Plaintiff, :                   25 Civ. 1525 (JPC)
:
               -v- :                         <u>ORDER</u>
:
OCTOBER USA, LLC, :
:
                                  Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On March 5, 2025, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 5. Defendant's deadline to respond to the Complaint was therefore March 26, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until April 3, 2025. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by April 10, 2025.

      Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Defendant was served with the Summons and Complaint.

      SO ORDERED.

Dated: March 27, 2025
       New York, New York

                                                                JOHN P. CRONAN
                                                  United States District Judge