UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ALFRED TRIPPETT, *on behalf of himself and all others* :
*similarly situated*, :
:
:
:
  Plaintiff,  :   25 Civ. 1525 (JPC)
:
  -v-  :   ORDER
:
OCTOBER USA, LLC, :
:
  Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On April 24, 2025, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for May 15, 2025, at 2:00 p.m. Dkt. 11. The Court also ordered the parties to submit a proposed case management plan and scheduling order. *Id*. Both items were due May 8, 2025. The parties failed to submit either.

By 5:00 p.m. on May 12, 2025, it is hereby ORDERED that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 11. The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: May 9, 2025
       New York, New York

                                        _____
                                        JOHN P. CRONAN
                                        United States District Judge