UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ALFRED TRIPPETT, *on behalf of himself and all others* :
*similarly situated*, :
:
:
Plaintiff, :
:
-v-                                                    :   25 Civ. 1525 (JPC)
:
OCTOBER USA, LLC,                                      :   ORDER
:
Defendant.                                   :
:
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 15, 2025, the Court held a Conference where it discussed the parties' proposed Case Management Plan. After the Conference, the Case Management Plan was not entered on the docket. The parties should file a joint letter by October 21, 2025, updating the Court about the status of discovery and any settlement negotiations. In particular, the letter should inform the Court whether the parties have been following the discovery schedule contemplated in the parties' proposed Case Management Plan.

SO ORDERED.

Dated: October 7, 2025
New York, New York

                                                 JOHN P. CRONAN
                                               United States District Judge